# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN BERNIER, | : | Civil No. 3:19-cv-2134 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN HOWARD, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 13th day of February, 2020, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.
2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge